**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10335 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-01364-DCB |
| v. | MEMORANDUM* |
| AARON MATTHEW THOMAS, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 20, 2016**

Before:    CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Aaron Matthew Thomas appeals from the 24-month sentence imposed upon

revocation of supervised release.  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Thomas's counsel has filed a brief stating that there are no grounds for

relief, along with a motion to withdraw as counsel of record.  We have provided

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Thomas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**